UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNE-SOPHIE SAINT-MARTIN,

                                        Plaintiff(s)

                                                                            25 civ 10331 (JGK)

            -against-

BNP PARIBAS USA, INC.,

                                        Defendant(s).
-----------------------------------------------------------------X

**ORDER**

The conference for Thursday, April 16, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
            April 9, 2026